# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0372
Lower Tribunal No. 2020-DR-003119

_____

CHRISTINE ALYSS LONTIN f/k/a CHRISTINE ALYSS MCCAIN,

Appellant,

v.

RANDALL WARREN MCCAIN,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Carolyn D. Swift, Judge.

December 5, 2025

PER CURIAM.

AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Christine Alyss Lontin, Cape Coral, pro se.

Randall Warren McCain, Cape Coral, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED